UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :     INFORMATION
                              :
          - v. -              :     08 Cr. 185 (KMK)
                              :
JOSE R. MORALES,              :
                              :     MAR - 5 2008
          Defendant.          :
                              :
- - - - - - - - - - - - - - - x

ORIGINAL

### COUNT ONE

The United States Attorney charges:

1. In or about August 2007, in the Southern District of New York, JOSE R. MORALES, the defendant, and others known and unknown, unlawfully, willfully, knowingly, and with intent to defraud, did combine, conspire, confederate and agree together and with each other to commit offenses under Title 18, United States Code, Section 1029(a)(3).

2. It was a part and an object of the conspiracy that JOSE R. MORALES, the defendant, and others known and unknown, unlawfully, willfully and knowingly, and with intent to defraud, would and did possess fifteen or more devices which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3).

### Overt Act

3. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

      a.  On or about August 22, 2007, in or around Yonkers, New York, JOSE R. MORALES possessed counterfeit credit cards.

    (Title 18, United States Code, Section 1029(b)(2).)

 

                                        */s/ Michael J. Garcia*
                                    MICHAEL J. GARCIA
                                    United States Attorney

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :

        - v. -                  :     INFORMATION

                                                                                                                        08 Cr.

ANDREW CREWE,                    :

        Defendant.              :

- - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1. On or about September 12, 2005, in the Southern District of New York, ANDREW CREWE, the defendant, unlawfully, wilfully, and knowingly did make false statements in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, CREWE submitted a passport application in which he falsely claimed to be Stacy Sidney Greene.

(Title 18, United States Code, Section 1542.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

Gov Exh 1
3/5/08

# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

UNITED STATES OF AMERICA       :

           v.                  :

ANDREW CREWE,                  :     No.: 08 CR.

           Defendant.          :                          MAR - 5 2008

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREW CREWE, the above-named defendant, who is accused of violating Title 18, United States Code, Section 1542, having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date:   White Plains, New York
        March 5, 2008

[USDC SDNY DOCUMENT ELECTRONICALLY FILED stamp]