

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

## MEMO ENDORSED

May 20, 2008



**By Hand**

The Honorable Stephen C. Robinson
The United States District Court
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

    Re:    <u>United States v. Andrew Crewe</u>, 08 Cr. 0186 (SCR)

Dear Judge Robinson:

    The Government respectfully submits this letter to request, with the consent of defense counsel, the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 23, 2008 until June 13, 2008. The pre-trial conference originally scheduled for May 23, 2008 was adjourned until June 13, 2008 due to the defendant's pending trial in state court.

    Thank you for your consideration of this matter.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney

**SO ORDERED**

*[signature]*
STEPHEN C. ROBINSON
UNITED STATES DISTRICT JUDGE
5/20/08

By: *[signature]*
Sarah R. Krissoff
Assistant United States Attorney
Tel: (914) 993-1928

cc:    Susanne Brody, Esq. (By Fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____