UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA     )
                             )
          v.                 )  **NOTICE OF APPEARANCE AND REQUEST**
                             )  **FOR ELECTRONIC NOTIFICATION**
ANDREW CREWE,                )  08 Cr. 0186
                             )
          Defendants.        )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:   /s/ Sarah R. Krissoff
      Sarah R. Krissoff
      Assistant United States Attorney
      (914) 993-1928
      Sarah.Krissoff@usdoj.gov