UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA          :

- V -                             :     AFFIRMATION FOR WRIT OF
                                        HABEAS CORPUS AD
                                        PROSEQUENDUM
ANDREW CREWE,                     :
                                        08 Mag. 0186
            Defendant.            :

------------------------------------------------------x



STATE OF NEW YORK           )
COUNTY OF WESTCHESTER       :     ss.:
SOUTHERN DISTRICT OF NEW YORK )

    KATHRYN M. MARTIN, being duly sworn, deposes and says that she is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one "ANDREW CREWE," (DOB: 5-14-77), is now incarcerated at the Downstate Correctional Facility, Fishkill, New York.

    WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Downstate Correctional Facility, Fishkill, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on Wednesday, September 10, 2008 at 10:00 in the forenoon for a plea before District Judge Stephen C. Robinson, and to return him to Downstate Correctional Facility only when the writ has been satisfied.

    I declare under penalty of perjury that the foregoing is true and correct.

                                              KATHRYN M. MARTIN
                                              Assistant United States Attorney

August 25, 2008